# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JAMES BUECHLER and JESSE MARTINEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUMBLE INC.,<br><br>Defendant. | Case No. 8:22-cv-02237-SDM-AAS |

## DEFENDANT RUMBLE INC.'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), Defendant Rumble, Inc. ("Rumble") hereby submits this Notice of Supplemental Authority in relation to Rumble's pending Motion to Dismiss, Dkt. No. 30 (the "Motion").

On February 17, 2023, the United States District Court for the Southern District of New York issued a decision in *Martin v. Meredith Corp.*, 2023 WL 2118074, at *3, *4 (S.D.N.Y. Feb. 17, 2023) ("The plaintiff's VPPA claim is dismissed…. [E]ven for webpages including a video, sending the URL does not identify a person as having requested or obtained the video on that page since the person may instead have merely reviewed an article on the page or opened the page and done nothing more.").

*Martin* supplements the argument made on pages 17:21–21:6 of the Motion.

Dated: February 27, 2023
New York, New York

Respectfully submitted,

| | |
|---|---|
| SHUMAKER, LOOP & KENDRICK, LLP<br>Jennifer B. Compton<br>420 S. Pineapple Avenue<br>P.O. Box 49948<br>Sarasota, Florida 34230-6948<br>(941) 366-6660<br>jcompton@shumaker.com | */s/ Gregory Dubinsky*<br>Gregory Dubinsky (*pro hac vice*)<br>Jayme Jonat (*pro hac vice*)<br>HOLWELL SHUSTER & GOLDBERG LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(646) 837-5151<br>gdubinsky@hsgllp.com<br><br>*Attorneys for Defendant Rumble Inc.* |