# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JAMES BUECHLER and JESSE MARTINEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUMBLE INC.,<br><br>Defendant. | Case No. 8:22-cv-02237<br><br><br>**MOTION FOR VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff James Buechler respectfully moves for an order granting his Motion for Voluntary Dismissal.

"The district court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2)." *Pontenberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001). "In most cases, a voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice, *other than the mere prospect of a subsequent lawsuit*, as a result." *Id.* (emphasis in original). "The crucial question to be determined is, would the defendant lose any substantial right by the dismissal." *Id.* at 1255–56.

Here, Defendant Rumble Inc. ("Rumble") would not lose any substantial rights. Plaintiffs' claims are not specific to James Buechler; rather, this case has always involved the substantially identical claims of two individuals: James Buechler and Jesse Martinez. James Buechler and Jesse Martinez both allege that

1

Rumble violated the Video Privacy Protection Act ("VPPA") by sending their requested video titles and Facebook IDs to Facebook via the Facebook Pixel tool without proper consent. Notably, Rumble's Motion to Dismiss—which the court denied on March 13, 2023 (ECF No. 54)—raised <u>zero</u> points specific to either named plaintiff; instead, it challenged the chosen forum for <u>all</u> U.S. subscribers and argued that no U.S. subscriber stated a claim for relief under the VPPA. ECF No. 30.

     Jesse Martinez will continue to prosecute this action on behalf of himself and the proposed class. Given that James Buechler and Jesse Martinez make substantially identical allegations against Rumble, the discovery in this case would have been similar (if not identical) regardless of whether it involved one or two plaintiffs.

     Plaintiff James Buechler respectfully requests that this Court dismiss, with prejudice, his claim against Rumble pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: July 24, 2023

                                            Respectfully submitted,

/s/ *Christopher J. Cormier*

Christopher J. Cormier (*pro hac vice*)
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

Nicomedes Sy Herrera (#1029853)
Herrera Kennedy LLP
5072 Annunciation Circle, Suite 207
Ave Maria, FL 34142
Tel: (510) 422-4700
nherrera@herrerakennedy.com

Hannah M. Crowe (*pro hac vice*)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Tel: (469) 904-4550
hcrowe@burnscharest.com

Rachel Geman (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
rgeman@lchb.com

Michael K. Sheen (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
msheen@lchb.com

Shawn M. Kennedy (*pro hac vice*)
HERRERA KENNEDY LLP
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660

Tel: (949) 936-0900
skennedy@herrerakennedy.com

*Attorneys for Plaintiffs and the Proposed Class*

## **RULE 3.01(g) CERTIFICATION**

Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that Plaintiffs' counsel has conferred with Defendant's counsel regarding the relief sought herein by email on July 21, 2023. On July 22, 2023, Defendant's counsel advised that Defendant opposes the relief requested in this motion.

Dated: July 24, 2023                                   /s/ *Shawn M. Kennedy*
                                                                  Shawn M. Kennedy (*pro hac vice*)