**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
TAMPA DIVISION

| | |
|---|---|
| JAMES BUECHLER and JESSE MARTINEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUMBLE INC.,<br><br>Defendant. | Case No. 8:22-cv-02237<br><br>**PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW FROM REPRESENTATION OF JAMES BUECHLER** |

Pursuant to LR 2.02(c)(2), Christopher Cormier, Esquire; Hannah Crowe, Esquire; Rachel Geman, Esquire; Mike Sheen, Esquire; Nicomedes Herrera, Esquire; and Shawn Kennedy, Esquire move to withdraw from representing James Buechler in this action. Counsel certifies that Mr. Buechler consents to the withdrawal.

The withdrawal will result in Mr. Buechler proceeding pro se. However, withdrawing counsel have filed contemporaneously with this motion a separate motion for the voluntary dismissal with prejudice of all of Mr. Buechler's claims. Mr. Buechler's mailing address, email address, and telephone number are as follows: 4538 Greencove Circle, Baltimore, Maryland 21219; buechle@aol.com; (443) 857-8037.

The withdrawal will not result in a continuance of a trial, and counsel will continue to represent Mr. Jesse Martinez in this action.

Dated: July 24, 2023

Respectfully submitted,

/s/ *Nicomedes Sy Herrera*
Nicomedes Sy Herrera (#1029853)
Herrera Kennedy LLP
5072 Annunciation Circle, Suite 207
Ave Maria, FL 34142
Tel: (510) 422-4700
nherrera@herrerakennedy.com

/s/ *Rachel Geman*
Rachel Geman (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (212) 355-9500
rgeman@lchb.com
dcuthbertson@lchb.com

/s/ *Michael K. Sheen*
Michael K. Sheen (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
msheen@lchb.com

/s/ *Christopher J. Cormier*
Christopher J. Cormier (*pro hac vice*)
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

/s/ *Hannah M. Crowe*
Hannah M. Crowe (*pro hac vice*)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
hcrowe@burnscharest.com

/s/ *Shawn M. Kennedy*
Shawn M. Kennedy
HERRERA KENNEDY LLP (*pro hac vice*)
4590 MacArthur Blvd., Suite 500
Newport Beach, CA 92660
Tel: (949) 936-0900
skennedy@herrerakennedy.com

*Attorneys for Plaintiffs and the Proposed Class*

**Local Rule 3.01(g) Certification**

Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that Plaintiffs' counsel has conferred with Defendant's counsel regarding the relief sought herein by email on July 21, 2023. On July 22, 2023, Defendant's counsel advised that Defendant opposes the relief requested in this motion.

/s/ *Shawn M. Kennedy*
Shawn M. Kennedy (*pro hac vice*)

**CERTIFICATION OF CLIENT CONSENT**

Pursuant to LR 2.02(c)(1)(B)(i) the undersigned lead counsel certifies that Plaintiff James Buechler consents to the withdrawal of Christopher Cormier, Hannah Crowe, Rachel Geman, Mike Sheen, Nicomedes Herrera, and Shawn Kennedy as his counsel in this matter.

/s/*Christopher J. Cormier*
Christopher J. Cormier (*pro hac vice*)