**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| JAMES BUECHLER and JESSE MARTINEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>RUMBLE INC.,<br><br>　　　　　　　　Defendant. | Case No. 8:22-cv-02237-SDM-AAS |

**DECLARATION OF GREGORY J. DUBINSKY**

I, Gregory J. Dubinsky, declare under penalty of perjury as follows:

1. I am a partner with the law firm Holwell Shuster & Goldberg LLP, which represents Defendant Rumble Inc. ("Rumble") in the above-captioned matter.

2. I am admitted to practice *pro hac vice* before this Court (Dkt. 16).

3. Annexed hereto as Exhibit 1 is a true and correct copy of the document produced by Plaintiffs in the above-captioned matter, bearing Bates-stamp Plaintiffs000000033.

4. Annexed hereto as Exhibit 2 is a true and correct copy of the document produced by Defendant in the above-captioned matter, bearing Bates-stamp Rumble_Buechler000002147.

5. Annexed hereto as Exhibit 3 is a true and correct copy of the July 11, 2023 Transcript of the deposition of Plaintiff James Buechler.

6. Annexed hereto as Exhibit 4 is a true and correct copy of July 17, 2023 letter correspondence from Plaintiffs' counsel Shawn Kennedy to myself, titled "Re: July 13, 2023 Letter (*Buechler et al v. Rumble, Inc.*)."

7. Annexed hereto as Exhibit 5 is a true and correct copy of July 19, 2023 email correspondence between Plaintiffs' counsel Shawn Kennedy and Rumble's counsel, titled "Re: Buechler et al. v. Rumble Inc. – 8:22-cv-02237-SDM-AAS."

8. Annexed hereto as Exhibit 6 is a true and correct copy of an exhibit introduced at the July 11, 2023 deposition of Plaintiff James Buechler in the captioned litigation.

9. Annexed hereto as Exhibit 7 is a true and correct copy of July 25, 2023 letter correspondence from myself to Plaintiffs' counsel, titled "Re: Buechler, et al. v. Rumble Inc., No. 8:22-cv-02237."

10. Annexed hereto as Exhibit 8 is a true and correct copy of August 3, 2023 letter correspondence from Plaintiffs' counsel Shawn Kennedy to myself, titled "Re: July 25, 2023 Letter (Buechler et al v. Rumble, Inc.)."

11. Annexed hereto as Exhibit 9 is a true and correct copy of August 3, 2023 email correspondence from Plaintiffs' counsel Christopher Cormier to myself, titled "Re: Buechler et al. v. Rumble Inc. – 8:22-cv-02237-SDM-AAS."

12. Annexed hereto as Exhibit 10 is a true and correct copy of the Stipulation Regarding the Production of Electronically Stored Information ("ESI") and Hard Copy Documents filed in the above-captioned matter at Dkt. 53.

\* \* \*

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2023.
New York, New York

                                              */s/ Gregory J. Dubinsky*
                                                Gregory J. Dubinsky