# EXHIBIT 1

-----Original Message-----
From: Rumble <support@rumble.com>
To: buechle@aol.com <buechle@aol.com>
Sent: Fri, Jan 21, 2022 5:27 pm
Subject: Please activate your account
Welcome to Rumble.com!
Please click on the following link to confirm your email address is valid:
Click here to activate your account
Alternatively, you can copy and paste the following link into your address bar:
https://rumble.com/register.php?activationId=1f61kn40vmizrn9l
--
Thanks,
Team RUMBLE
https://rumble.com

Plaintiffs000000033