# EXHIBIT 6

 www

work
git log 6c57541d -n2

```
it show bac2ebbd -- www/smarty/rumble.com/email/emailActivation.tpl
c2ebbd53fd4a000c8d1f034e237f24fd812a7f
ebojsha Milosavlevski <nebojsha@rumble.com>
ri Feb 25 14:39:54 2022

-deactivation Fix some user activation bugs

t a/www/smarty/rumble.com/email/emailActivation.tpl b/www/smarty/rumble.com/email/emailActivation.tpl
aeb492..0587f6be7 100644
/smarty/rumble.com/email/emailActivation.tpl
/smarty/rumble.com/email/emailActivation.tpl
+1,10 @@
me to Rumble.com!</p>

e click on the following link to confirm your email address is valid:</p>
ef="https://rumble.com/register.php?uid={$toUid}&activationId={$key}">Click here to activate your account</a></p>
ef="https://rumble.com/register.php?activationId={$key}">Click here to activate your account</a></p>

natively, you can copy and paste the following link into your address bar:</p>
ef="https://rumble.com/register.php?uid={$toUid}&activationId={$key}">https://rumble.com/register.php?uid={$toUid}&activationId={$key}<
ef="https://rumble.com/register.php?activationId={$key}">https://rumble.com/register.php?activationId={$key}</a></p>


cho ' ';{/php}<br>

it log 6c57541d -n2
57541d95e2dff5b5c16b061512dee003e2513e
928a9f3 bac2ebbd5
ebojsha Milosavlevski <nebojsha@rumble.com>
ue Apr 5 13:51:34 2022

 branch 'nebojsha-misc' into develop

c2ebbd53fd4a000c8d1f034e237f24fd812a7f
ebojsha Milosavlevski <nebojsha@rumble.com>
ri Feb 25 14:39:54 2022

-deactivation Fix some user activation bugs
```