# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JAMES BUECHLER and JESSE MARTINEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>RUMBLE INC.,<br><br>　　　　　　Defendant. | Case No. 8:22-cv-02237-SDM-AAS |

## DECLARATION OF WOJCIECH HLIBOWICKI

I, Wojciech Hlibowicki, declare under penalty of perjury as follows:

1. I am Chief Technology Officer at Rumble Canada Inc. ("Rumble Canada").

2. I understand that the document attached hereto, Bates-stamped Plaintiffs000000033, was produced by Plaintiffs in the above-captioned litigation ("Exhibit 1").

3. Prior to April 5, 2022, when a prospective rumble.com user registered for an account, rumble.com sent an activation email to that user with a link in the following form (containing user-specific "uid" and "activation ID" numbers):

　　https://rumble.com/register.php?uid=*[uid]*&activationId=*[activation ID]*

4. On April 5, 2022, I oversaw a change in the code responsible for the format of the rumble.com activation email sent to users. Following this change, the link sent to users to activate their accounts was in the following format:

<u>https://rumble.com/register.php?activationId=*[activation ID]*</u>

5. As shown above, the April 5, 2022 change removed the portion of the link pertaining to "uid."

6. I have reviewed Exhibit 1, and the form of the link in that Exhibit indicates that the email was sent, if it was sent, after April 5, 2022.

\*   \*   \*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2023
Toronto, Ontario, Canada

*[signature]*
Wojciech Hlibowicki