# EXHIBIT 6

| | |
|---|---|
| **Message** | |
| **From**: | Rumble [support@rumble.com] |
| **Sent**: | 8/21/2021 8:36:44 AM |
| **To**: | kinghatter1017@gmail.com |
| **Subject**: | Please activate your account |

Welcome to Rumble.com!

Please click on the following link to confirm your email address is valid:

Click here to activate your account

Alternatively, you can copy and paste the following link into your address bar:

https://rumble.com/register.php?uid=44660464&activationId=ql88g8yvhwoy4v6s

--
Thanks,
Team RUMBLE
https://rumble.com

Plaintiffs000000013