# EXHIBIT 12

Re: Buechler et al. v. Rumble Inc. – 8:22-cv-02237-SDM-AAS

Christopher Cormier <ccormier@burnscharest.com>
Mon 7/31/2023 12:40 PM

To: Brian T. Goldman <bgoldman@hsgllp.com>;Hannah Crowe <hcrowe@burnscharest.com>;Shawn Kennedy <skennedy@herrerakennedy.com>;Nicomedes Sy Herrera <nherrera@herrerakennedy.com>;Mike Sheen <msheen@lchb.com>;Rachel Geman <rgeman@lchb.com>

Cc: Gregory J. Dubinsky <gdubinsky@hsgllp.com>;Jayme Jonat <jjonat@hsgllp.com>;Jennifer Compton <jcompton@shumaker.com>;Ryan Guerin <rguerin@shumaker.com>;Jonathon R. La Chapelle <jlachapelle@hsgllp.com>

Brian:

During the July 21 status conference, I stated the following: "As far as written discovery, plaintiffs' production is substantially complete. Plaintiffs are working on producing any responsive documents to the defendant's final set of discovery requests, document production requests, that involved kind of internet cache data, web browser data. To the extent it exists, we should be prepared to produce those in the – in the very near future." Dkt. 83 (Tr.) at 6:9–14 (emphasis added). Today—five business days after the date of the conference, and more than two weeks before the continuation of his deposition—we report that Mr. Martinez has no documents responsive to Defendant's most recent set of production requests. Accordingly, his document production concerning Defendant's venue-related document requests has been completed in a timely manner. While we dispute various characterizations in your email, we see no need to discuss that further in this setting.

Best regards,
Chris

**Christopher J. Cormier**
Burns Charest LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
202.577.3977 office

---

**From:** Brian T. Goldman <bgoldman@hsgllp.com>
**Date:** Friday, July 28, 2023 at 10:23 PM
**To:** Hannah Crowe <hcrowe@burnscharest.com>, Christopher Cormier <ccormier@burnscharest.com>, Shawn Kennedy <skennedy@herrerakennedy.com>, Nicomedes Sy Herrera <nherrera@herrerakennedy.com>, Mike Sheen <msheen@lchb.com>, Rachel Geman <rgeman@lchb.com>
**Cc:** Gregory Dubinsky <gdubinsky@hsgllp.com>, Jayme Jones <jjonat@hsgllp.com>, Jennifer Compton <jcompton@shumaker.com>, Ryan Guerin <rguerin@shumaker.com>, Jonathon R. La Chapelle <jlachapelle@hsgllp.com>
**Subject:** Buechler et al. v. Rumble Inc. – 8:22-cv-02237-SDM-AAS

Counsel,

At the conference on July 21, you represented to the Court that Plaintiffs were "working on producing any responsive documents to the defendant's final set of discovery requests" and that Plaintiffs "should be prepared to produce those [responsive documents] in the—in the very near future." Dkt. 83 (Tr.) at 6:9–14.

It has now been a week since that conference, and many weeks since these requests were first made. In the meantime, we have responded in a timely fashion to your myriad discovery letters concerning purported deficiencies and also produced hundreds of additional documents. By way of contrast, in that time frame, we have received zero additional documents from you.

Accordingly, please let us know by Monday (7/31), by noon ET, a date certain for the document production. As you know, we need any such document production sufficiently in advance of Mr. Martinez's re-started deposition.

Defendant reserves all rights.

Best,
Brian

Brian T. Goldman
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, New York 10017
(646) 837-5129 (office)
(917) 797-3662 (mobile)
(646) 837-0133 (fax)
www.hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.