# EXHIBIT 13

STATE OF NEW MEXICO
SANDOVAL COUNTY MAGISTRATE COURT IN BERNALILLO

**State of New Mexico**
v
**Jesse Martinez, Defendant**
DOB: ▓▓ 1992  SSN: ▓▓ 8092

FILED IN MAGISTRATE COURT
JUN 2 2023
SANDOVAL COUNTY DIVISIONS I & III

No. M-45-FR-2023-00375

M-45-FR-2023-00375
5253
ORD: SETTING CONDITIONS OF RELEASE
1667119

## ORDER SETTING CONDITIONS OF RELEASE

**Release on recognizance or unsecured bond:**
It is ordered that the defendant be released from custody upon:
*(check and complete applicable alternatives)*
[X] Personal recognizance.
[ ] Unsecured appearance bond of $_____.
[ ] Third-party custody release to: _____ (individual or organization).

I/We agree to supervise the defendant; to use every effort to assure the defendant's appearance at all scheduled hearings; and to notify the court immediately in the event that the defendant violates any conditions of release.

_____
Signature of Custodian

_____
Area Code/Telephone #

_____
Address (city/zip)

**Defendant's conditions of release:**

The court **FINDS** that the following conditions of release are the least restrictive conditions necessary to reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The defendant shall not violate any federal, state, or local criminal law and shall:
*(complete and check only applicable conditions prior to signature by defendant)*

[X] not possess firearms or dangerous weapons;
[ ] not return to the location of the alleged incident;
[ ] not consume alcohol;
[ ] not consume cannabis, cannabis products or synthetic cannabinoids without a certification from a licensed medical practitioner;
[ ] not buy, sell, consume, or possess illegal drugs;
[X] notify the court of any change of address; Bernalillo
[X] not leave the (county of Sandoval ) (State of _____ ) without prior permission of the court;
[X] maintain contact with the defendant's attorney/seek and consult with an attorney;
[ ] avoid all contact with the alleged victim or anyone who may testify in this case;
[ ] have an ignition interlock device installed on any vehicle the defendant may drive;
   [ ] camera capable ignition interlock device;
[ ] be on pretrial supervision and abide by all conditions set by the court and by pretrial services;
[ ] reside at _____ (address) unless otherwise agreed to by the court;
[ ] submit to drug or alcohol testing upon the request of _____ ;
[ ] not leave the defendant's residence between the hours of _____ p.m. and _____ a.m. without prior permission of the court;
[ ] maintain employment, or, if unemployed, actively seek employment;
[ ] maintain or commence an educational program;
[X] (other conditions) No unwanted or unlawful contact with the Alleged Victim.

Distribution 2 copies-Return of Service 1-copy-Court 1 copy-Defendant
Sandoval County Magistrate Court in Bernalillo  1000 Montoya Road
Bernalillo NM 87004   Phone: (505) 867-5202  (fax) (505) 867-0970   website: www.nmcourts.gov

Felony Packet
Case No M-45-FR-2023-00375

STATE OF NEW MEXICO
SANDOVAL COUNTY MAGISTRATE COURT IN BERNALILLO

**State of New Mexico**
v
**Jesse Martinez, Defendant**
DOB: ▓▓▓▓1992  SSN: ▓▓▓▓8092

FILED IN MAGISTRATE COURT

JUN 2 2023

SANDOVAL COUNTY
DIVISIONS I & III

No. M-45-FR-2023-00375

## ORDER SETTING CONDITIONS OF RELEASE

**Release on recognizance or unsecured bond:**
It is ordered that the defendant be released from custody upon:
(check and complete applicable alternatives)
[X] Personal recognizance.
[ ] Unsecured appearance bond of $_____.
[ ] Third-party custody release to: _____ (individual or organization).

I/We agree to supervise the defendant; to use every effort to assure the defendant's appearance at all scheduled hearings; and to notify the court immediately in the event that the defendant violates any conditions of release.

_____    _____
Signature of Custodian                                                     Area Code/Telephone #

_____
Address (city/zip)

**Defendant's conditions of release:**

The court **FINDS** that the following conditions of release are the least restrictive conditions necessary to reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The defendant shall not violate any federal, state, or local criminal law and shall:
(complete and check only applicable conditions prior to signature by defendant)
[X] not possess firearms or dangerous weapons;
[ ] not return to the location of the alleged incident;
[ ] not consume alcohol;
[ ] not consume cannabis, cannabis products or synthetic cannabinoids without a certification from a licensed medical practitioner;
[ ] not buy, sell, consume, or possess illegal drugs;
[X] notify the court of any change of address; Bernalillo
[X] not leave the (county of Sandoval ) (State of _____) without prior permission of the court;
[X] maintain contact with the defendant's attorney/seek and consult with an attorney;
[X] avoid all contact with the alleged victim or anyone who may testify in this case;
[ ] have an ignition interlock device installed on any vehicle the defendant may drive;
   [ ] camera capable ignition interlock device;
[ ] be on pretrial supervision and abide by all conditions set by the court and by pretrial services;
[ ] reside at _____(address) unless otherwise agreed to by the court;
[ ] submit to drug or alcohol testing upon the request of _____;
[ ] not leave the defendant's residence between the hours of _____ p.m. and _____ a.m. without prior permission of the court;
[ ] maintain employment, or, if unemployed, actively seek employment;
[ ] maintain or commence an educational program;
[X] (other conditions) No unwanted or unlawful contact with the Alleged Victim.

Distribution 2 copies-Return of Service 1-copy-Court 1 copy-Defendant
Sandoval County Magistrate Court in Bernalillo  1000 Montoya Road
Bernalillo NM 87004  Phone: (505) 867-5202 (fax) (505) 867-0970  website: www.nmcourts.gov

Felony Packet
Case No M-45-FR-2023-00375

**Release on secured bond:**

[ ] The court **FINDS** that release on non-monetary conditions will not reasonably assure the appearance of the defendant. In making this determination, the court finds the following particularized factors require imposition of a secured bond in the amount set forth below:

_____

_____

Secured bond of $_____, secured by (check only one):
  [ ] cash at 10 % of total bond.
  [ ] real property bond executed on Form 9-304 NMRA.
  [ ] either 100% cash or a surety bond executed on Form 9-304 NMRA.

**Defendant's acceptance of conditions and promise to appear:**

I understand the above conditions of release and agree to them.
I understand that the court may have me arrested at any time, without notice, to review and reconsider these conditions.
I understand that my conditions of release may be revoked and I may be charged with a separate criminal offense if I intimidate or threaten a witness, the victim, or an informant, or if I otherwise obstruct justice.
I further understand that my conditions of release may be revoked if I violate a federal, state, or local criminal law.

I agree to appear before the Sandoval County Magistrate Court in Bernalillo on _____, at _____ (a.m.) (p.m.) located at 1000 Montoya Road
Bernalillo NM 87004 and thereafter at such times and places required in this case by any court.

I understand, that if I fail to appear as required, my bond, if any, may be forfeited, and I may be prosecuted and sent to [jail] [the penitentiary] for the separate offense of failure to appear. I agree to comply fully with each of the conditions imposed on my release and to notify the court promptly in the event I change the address indicated below.

_JCSSC MARTINEZ_ _6-2-23_
Defendant's signature    Date of signature

_505 604-5288_     _JMARTINEZ2321_
Cell phone number    Alternate phone number    Email address @hoTMAIL.com

_556 ARCNIBCQUC AVC, SC, NM, 87124_
Mailing address (include city, state, and zip code)

_SAME_
Physical address (include city, state, and zip code)

**Judicial approval of conditions:**     **Completed by Detention Center:**
_[signature]_                            _6/2/2023 @ 12:00 pm_
Judge's Signature                        Date and Time of release    Detention Officer

Distribution 2 copies-Return of Service 1-copy-Court 1 copy-Defendant
Sandoval County Magistrate Court in Bernalillo 1000 Montoya Road
Bernalillo NM 87004    Phone: (505) 867-5202 (fax) (505) 867-0970    website: www.nmcourts.gov

Felony Packet
Case No M-45-FR-2023-00375

**Release on secured bond:**

[ ]   The court **FINDS** that release on non-monetary conditions will not reasonably assure the appearance of the defendant. In making this determination, the court finds the following particularized factors require imposition of a secured bond in the amount set forth below:

_____

_____

_____

Secured bond of $_____, secured by (check only one):
    [ ]  cash at 10 % of total bond.
    [ ]  real property bond executed on Form 9-304 NMRA.
    [ ]  either 100% cash or a surety bond executed on Form 9-304 NMRA.

**Defendant's acceptance of conditions and promise to appear:**

I understand the above conditions of release and agree to them.
I understand that the court may have me arrested at any time, without notice, to review and reconsider these conditions.
I understand that my conditions of release may be revoked and I may be charged with a separate criminal offense if I intimidate or threaten a witness, the victim, or an informant, or if I otherwise obstruct justice.
I further understand that my conditions of release may be revoked if I violate a federal, state, or local criminal law.

I agree to appear before the Sandoval County Magistrate Court in Bernalillo on _____, at _____ (a.m.) (p.m.) located at 1000 Montoya Road
Bernalillo NM 87004 and thereafter at such times and places required in this case by any court.

I understand, that if I fail to appear as required, my bond, if any, may be forfeited, and I may be prosecuted and sent to [jail] [the penitentiary] for the separate offense of failure to appear. I agree to comply fully with each of the conditions imposed on my release and to notify the court promptly in the event I change the address indicated below.

_____    _____
Defendant's signature                                      Date of signature

_____    _____    _____
Cell phone number                                Alternate phone number                      Email address

_____
Mailing address (include city, state, and zip code)

_____
Physical address (include city, state, and zip code)

**Judicial approval of conditions:**        **Completed by Detention Center:**

_[signature]_                                        6/2/2023 @ 12:08 pm
Judge's Signature                                 Date and Time of release             Detention Officer

**Distribution**  2 copies-Return of Service 1-copy-Court 1 copy-Defendant            Felony Packet
Sandoval County Magistrate Court in Bernalillo  1000 Montoya Road            Case No M-45-FR-2023-00375
Bernalillo NM  87004    **Phone:** (505) 867-5202  (fax) (505) 867-0970    **website:** www.nmcourts.gov