October 20, 2023

MOTION FOR DISMISSAL

RE: 8:22-cv-02237-SDM-AAS Buechler et al v. Rumble, Inc.
    Rumble "Welcome" E-mail Dated January 21, 2022, Verses September 23, 2022.

Dear Honorable Judge Amanda Arnold Sansone,

I provided the "native" version of the January 21, 2022, e-mail, and a screen shot of this e-mail as it was in my email in-box (copies attached). This is the issue at hand. The document I provided is dated January 21, 2022. The attorneys are stating that this document is false and that it was received, instead on September 23, 2022. They state that I made this document up on a Word Document. This is not possible for me to do; I would not know the first thing about writing computer language.

This is altogether immaterial to the matter in question (*see footnote 1*). Weather this document was received on either date does not have anything to-do with the case. It's merely a distraction. Furthermore, I have nothing to gain by providing a false document.

Thank you.

Respectfully,

*[signature]*

James Buechler, Pro Se
4538 Greencove Circle,
Baltimore, Maryland 21219
E-Mail: buechle@aol.com
Mobile Phone: (443) 857-8037

(Footnote 1) *The oath must be material to the question depending. Where the facts sworn to are wholly foreign from the purpose and altogether immaterial to the matter in question, the oath does not amount to a legal perjury. 2 Russell on Cr. 521; 3 Inst. 167; 8 Ves. jun. 35; 2 Rolle, 41, 42, 369; 1 Hawk. B. 1, c. 69, s. 8; Bac. Ab. Perjury, A; 2 N. & M. 118; 2 Mis. R. 158*

```
Received: from 10.221.57.15
 by atlas209.aol.mail.ne1.yahoo.com with HTTPS; Fri, 21 Jan 2022 17:27:24 +0000
Return-Path: <bounce-1oboFk-0005We-3e@sent-by.rumble.com>
X-Originating-Ip: [108.168.255.24]
Received-SPF: pass (domain of sent-by.rumble.com designates 108.168.255.24 as permitted
sender)
Authentication-Results: atlas209.aol.mail.ne1.yahoo.com;
 dkim=pass header.i=@rumble.com header.s=e;
 spf=pass smtp.mailfrom=sent-by.rumble.com;
 dmarc=pass(p=REJECT,sp=REJECT) header.from=rumble.com;
X-Apparently-To: buechle@aol.com; Fri, 21 Jan 2022 17:22:24 +0000
X-YMailISG: ozAI8kgWLDuyIz_SI5hqb2UsIZX2w_JlEMbZCC7f5.BRUY82
 3MmYouVpP78GPThRO_dIzpBwcmPjFZ2.2s8vTWubPPC2xOZRStNecNADR9vU
 vFka9zu5OHR52gP_MsLv81w_zn8rRX1cuGYsKiqSHLj6L1uQNCRRKD8w.w3L
 tHxU.NHlk5ajJAjuI4BfOH8BW6Q4ZdZi75_OZa1CUA4hj0iFTsulUuE.zL6Y
 A742CWC4kOUDpViWpWsR185FaLxHSaDm095fVXTi4ygftq_lqXkM0bf.RupB
 KKCsl6iTLqfYoq_eJHyT_S_rHzhqNmiQ2AaYxHcqVAryUNCd4zNbhxkbQ6qO
 rTIG8Ibr_q_Kw6kojwf_9kZ6gqrrXorsE9Ze3EyibK9d0qKZCaFC0.WJEfqg
 JBpnMA4pFLTZ4NrXtUw6k.m0A348iQifa0oDm8z4e_3HGehLVCOsMsoFNExD
 wDYQA7jo78E.DZ7qWyQG8w6C6OwGv_3ND4cTG45_jGah7_ji_Vn.e35ivKFn
 0U1P33wuLuoAkVzFMz9cySS5U9h2UUU4ItiFZE4TDQXRa7zBvt69ntVND40H
 FSrUtVQmbNul.VG_zTt6sRM4wMvjkZYH0Ca5vXajAvR3rBpBbiPPH_l9NMC6
 omfCcDA0BF2fk35LOxOYS3EGtoDGoWXiBitz_ogeINi1n3Bil_qGgJcWdB9I
 lDCbPvBWFvsFFodTAuRylRV8T06gEA5sgmq.ucrqyjZ5HD9KNOVrDloKl.vG
 fmeh9tHhgpCOvjw3fxLYC6E0oU1NJDufIc5qqJHJTxO73QSgY.fjNdmlO_PJ
 yxreYnwvOykhLyN7Rh2eVkstXk5dQSwJLLyHNFdqiTXmhHX7fycE_HPL_Js7
 nnQ759o6NGZXyRYeHhmxHxWPqrsd7aozVi1zsj4iCLGthdS54FxzWRkQ_pOD
 95AHNt.RreFSd9WJ3YmKZalzS2bOjXCXIB_kPK2F1OjKsZjTGnoQ6rc5bCbg
 0cC1N.TUmMRsmLDrmzFN09uxI4Q.hS_XPbAWop1lwRg7t3TdDMjNG4AWRino
 U.27ntM6ROiXBhW9d41QZq4fkLx4_X6dkse2a_HV4dwGjCVUddZu6ZnRcfhC
 vNP1IPQpKlzRRXTacYJztXLyS4AC5bo5pa6FvmjF8v5NF8KFmrYeF24rl8Dr
 bmGMG3GfSeZgFh2prQ--
Received: from 108.168.255.24 (EHLO mail-out-2eb9522c.rumble.com)
 by 10.221.57.15 with SMTPs
 (version=TLS1_3 cipher=TLS_AES_128_GCM_SHA256);
 Fri, 21 Jan 2022 17:27:24 +0000
DKIM-Signature: v=1; a=rsa-sha256; q=dns/txt; c=relaxed/relaxed; d=rumble.com;
        s=e; h=Feedback-ID:Message-Id:Content-Type:MIME-Version:To:From:Subject:Date:
        List-Unsubscribe:List-Unsubscribe-Post;
        bh=w2SdvmHK35iZUBkao09Astil+z+Lk5/nvkd9SP28rSI=; b=ibaVbdFOI9mLpTYUER9elyUWda
        n4AINnDC7YTtdk9+p1Gp4Hh6od8cnk+ynodwcRk7vScyBckHIZbQJC2pYl7nGkAfRxistJk5Tirxs
        ZZ3UOjrx/aPxqNDv9DF6vpUfAxftaycfP8I807rDgww+Uw6TzGH/aPdnbQEduxbZcN+a5BQfW1fso
        clY4ATdmG+4TY1i8ZFghP1J71A+1xqHIdGbPMr6nK+POsP3tupNUOMRFDlZWr5K79FzXmG2fADXnu
        T4rEjh9YGSz8NC18mTflp7+spojIk3thcQB5bML9Kv7H8fTE9HAURPDp6wklKjADjT7azD6Xkdufe
        yg20o9SA==;
Date: Fri, 21 Jan 2022 17:27:23 -0400
Subject: Please activate your account
From: Rumble <support@rumble.com>
To: "buechle@aol.com" <buechle@aol.com>
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary=Q+oSdr4tmnjxf7HYrBIRufFy2TmHS1E6QewBWnVZbMFSNTXdQOow0b0pEOlG
Message-Id: <1oboFk-0005We-3e@sent-by.rumble.com>
Feedback-ID: default:Rumble
Content-Length: 1251


--Q+oSdr4tmnjxf7HYrBIRufFy2TmHS1E6QewBWnVZbMFSNTXdQOow0b0pEOlG
Content-Type: text/plain; charset=utf-8
Content-Transfer-Encoding: quoted-printable


Welcome to Rumble.com!
```

```
Please click on the following link to confir=
m your email address is valid:

Click here to activate your account
=

Alternatively, you can copy and paste the following link into your addre=
ss bar:

https://rumble.com/register.php?activationId=3D1f61kn40vmizrn9=
l


--=20

Thanks,

Team RUMBLE

https://rumble.com


--Q+oSdr4tmnjxf7HYrBIRufFy2TmHS1E6QewBWnVZbMFSNTXdQOow0b0pEOlG
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: quoted-printable

<p>Welcome to Rumble.com!</p><p>Please click on the following link to confi=
rm your email address is valid:</p><p><a href=3D"https://rumble.com/registe=
r.php?activationId=3D1f61kn40vmizrn9l">Click here to activate your account<=
/a></p><p>Alternatively, you can copy and paste the following link into you=
r address bar:</p><p><a href=3D"https://rumble.com/register.php?activationI=
d=3D1f61kn40vmizrn9l">https://rumble.com/register.php?activationId=3D1f61kn=
40vmizrn9l</a></p><p>
-- <br>
Thanks,<br>
Team RUMBLE<br>
https://r=
umble.com</p>

--Q+oSdr4tmnjxf7HYrBIRufFy2TmHS1E6QewBWnVZbMFSNTXdQOow0b0pEOlG--
```

# Aol Mail.

**Please activate your account**

Rumble <support@rumble.com>
To: buechle@aol.com

Welcome to Rumble.com!

Please click on the following link to confirm your email address is valid:

Click here to activate your account

Alternatively, you can copy and paste the following link into your address bar

https://rumble.com/register.php?activationid=1f61kna9vmizm9i

Thanks,
Team RUMBLE
https://rumble.com

Reply  Reply All  or  Forward