October 24, 2023

WITNESS APEARENCE

RE: 8:22-cv-02237-SDM-AAS Buechler et al v. Rumble, Inc.
    Witness Appearance and Testimony

Dear Honorable Judge Amanda Arnold Sansone,

I respectfully request the appearance of a witness to testify during the November 9, 2023, trial.

The witness is:
James Wagnar Jr.
Industrial Maintenance Services, LLC
Post Office Box 9681,
Baldwin, Maryland 21013
Phone: (443) 250-8189
E-Mail: graffixx2000@gmail.com

This aforementioned person took a computer screenshot of the Rumble Welcome e-mail dated January 21, 2022, that was in my America Online (AOL) in-box and placed it on my desktop. He also took the same e-mail and saved a native version onto my computer desktop.

These are the documents that were sent to my attorneys.

Thank you.

Respectfully,

James Buechler, Pro Se
4538 Greencove Circle,
Baltimore, Maryland 21219
E-Mail: buechle@aol.com
Mobile Phone: (443) 857-8037