IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES BUECHLER AND JESSE MARTINEZ, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>RUMBLE, INC.<br><br>Defendant. | Case No. 8:22-cv-02237-SDM-AAS |

## NOTICE OF LIMITED APPEARANCE

Dale R. Sisco of Sisco-Law files this Notice of Limited Appearance on behalf of JAMES BUECHLER, for the limited purpose of the February 15, 2024 hearing on Rumble, Inc.'s Motion for Sanctions against Mr. Buechler.

Respectfully Submitted,

SISCO-LAW

Dale R. Sisco
dsisco@sisco-law.com
Florida Bar No. 559679
Cynthia C. Sonnemann
csonnemann@sisco-law.com
Florida Bar No. 605581
777 S. Harbour Island Blvd., Suite 320
Tampa, FL 33602
(813) 224-0555
(813) 221-9736 Facsimile
*Counsel for James Buechler*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 29, 2024, a true and correct copy of the foregoing has been furnished via mail or filed electronically via CM/ECF to all counsel of record and to the following parties:

Jennifer B. Compton
Shumaker, Loop & Kendrick, LLP
240 S. Pineapple Avenue
P.O. Box 49948
Sarasota, FL 49948
jcompton@shumaker.com

Gregory J. Dubinsky
Holwell Shuster & Gold
425 Lexington Avenue
New York, NY 10017
gdubinsky@hsgllp.com

_____
Attorney