# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JESSE MARTINEZ, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

RUMBLE INC.,

        Defendant.

Case No. 8:22-cv-02237-SDM-AAS

## DEFENDANT RUMBLE INC.'S OPPOSITION TO FORMER PLAINTIFF BUECHLER'S REQUEST FOR A CONTINUANCE

Over half a year ago, (a) former Plaintiff James Buechler's counsel moved to withdraw from this case with Buechler's consent (ECF No. 82), and (b) Defendant Rumble Inc. ("Rumble") moved for sanctions against Mr. Buechler for doctoring evidence, committing perjury at his deposition, and spoliating evidence (ECF No. 85). Now, after already having been granted a continuance of more than 90 days to find new counsel, Mr. Buechler seeks *another* continuance—this time so his newest attorney can repeat work that was performed by his prior counsel and interview a witness the parties have known about since at least October. Rumble respectfully submits that Mr. Buechler fails to show good cause for a continuance.

*First*, Mr. Buechler has had since at least July 24, 2023—when his prior counsel filed their motion to withdraw with his consent—to find a new attorney and bring them up to speed on Rumble's motion.

*Second*, the sanctions hearing has already been postponed twice. The evidentiary hearing was originally scheduled for October 10, 2023, but was delayed to November 9, 2023. ECF No. 118. Mr. Buechler thereafter wrote to the Court asking for "a postponement until [he was] able to find an attorney to represent [him]." ECF No. 126. Rumble promptly responded to Mr. Buechler's request and consented to a "reasonable postponement to allow [him] to attempt to obtain counsel not to exceed 90 days." ECF No. 135. The Court then granted Mr. Buechler's request and re-scheduled the sanctions hearing for 98 days later, or February 15, 2024. ECF No. 136.

*Third*, Mr. Buechler's reasons for needing more time are unconvincing. Although counsel refers to "voluminous pleadings, correspondence, motions [and] deposition and hearing transcripts," (ECF No. 142 at 1), Rumble's motion for sanctions was a mere 22 pages long, and there is only a single relevant deposition transcript—the deposition at which Mr. Buechler committed perjury, which lasted roughly 3.5 hours on the record.

Moreover, although counsel claims he needs more time to "image" Mr. Buechler's multiple devices, Mr. Buechler testified in July that he used an HP laptop to sign up for his rumble.com account (at which time he would have received the account activation e-mail he is accused of doctoring) and that his counsel had in fact imaged that computer two weeks prior to the deposition. ECF No. 86-3 at 21:15–19, 23:13–17.

2

In addition, counsel states that he "has only recently learned of the identity of an individual in Maryland who may have information related to the January 2022 email central to Rumble's motion." ECF No. 142 at 6. Presumably, this individual is James Wagnar Jr., who, Mr. Buechler told the Court on October 24, 2023, "took a computer screenshot of the Rumble Welcome e-mail dated January 21, 2022, that was in [his] America Online (AOL) in-box and placed it on [his] desktop." ECF No. 128.

Rumble respectfully submits that counsel's need to image a computer that was already imaged by prior counsel and to interview a witness known to Plaintiff since at least October 2023 does not constitute good cause—especially given that (i) Mr. Buechler was *already* granted a continuance to find new counsel, and (ii) he consented to his former counsel's withdrawal in July of last year.

Mr. Buechler's latest motion for a continuance fails to meet the standard of good cause and accordingly should be denied.

Dated:  February 9, 2024
New York, New York

Respectfully submitted,

| | |
|---|---|
| SHUMAKER, LOOP & KENDRICK, LLP<br>Jennifer B. Compton<br>240 S. Pineapple Avenue<br>P.O. Box 49948<br>Sarasota, Florida 34230-6948<br>(941) 366-6660<br>jcompton@shumaker.com | */s/* Gregory J. Dubinsky<br>Gregory J. Dubinsky (*pro hac vice*)<br>Jayme Jonat (*pro hac vice*)<br>HOLWELL SHUSTER & GOLDBERG LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(646) 837-5151<br>gdubinsky@hsgllp.com<br>*Attorneys for Defendant Rumble Inc.* |