UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JESSE MARTINEZ,**

    **Plaintiff,**

v.                                                       Case No. 8:22-cv-2237-SDM-AAS

**RUMBLE, INC.,**

    **Defendant.**
_____/

## ORDER

    James Buechler moves to continue the evidentiary hearing scheduled for February 15, 2024, on Rumble, Inc.'s Motion for Sanctions (Doc. 85) against Mr. Buechler. (Doc. 142). Rumble opposes the request. (Doc. 143). Considering counsel's recent appearance on behalf of Mr. Buechler and the important investigative work counsel indicates is necessary, Mr. Buechler has shown good cause to reschedule the evidentiary hearing on a date after March 15, 2024. Rumble is not prejudiced by this additional extension.

    According, it is **ORDERED** that Mr. Buechler's motion (Doc. 142) is **GRANTED**. The court will contact the parties to reschedule the evidentiary hearing on Rumble, Inc.'s motion for sanctions (Doc. 85) at a mutually agreeable date and time. The hearing scheduled for February 15, 2024 (Doc. 136) is canceled.

2

**ORDERED** in Tampa, Florida on February 9, 2024.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge