IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES BUECHLER AND JESSE MARTINEZ, on behalf of themselves and all others similarly situated<br><br>    Plaintiffs,<br>v.<br><br><br>RUMBLE, INC.<br><br>    Defendant. | Case No.  8:22-cv-02237-SDM-AAS |

### JAMES BUECHLER'S WITNESS AND EXHIBIT LIST FOR APRIL 3, 2024 EVIDENTIARY HEARING

James Buechler, ("Buechler") hereby submits the following Witness and Exhibit List (the "Witness and Exhibit List") with respect to the hearing scheduled for April 3, 2024, at 1:00 p.m. ET (the "Hearing") in the above- captioned case.

Buechler designates the following witnesses and exhibits that may be offered at the Hearing:

### WITNESSES

Buechler may call any of the following as a witness at the Hearing:

1. James Buechler;

2. James Wagner;

3. Phil Quesinberry;

4. Any witness listed, offered, or called by any other party;

5. Any witness necessary to authenticate a document; and

1

6. Any witness required for rebuttal or impeachment.

Buechler may offer one or more of the following exhibits at the hearing:

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | The "Rumble E-Mail Primal.pdf" document sent to Rumble's counsel on October 11, 2023, originally emailed by James Buechler to his counsel on August 31, 2023 | | | | |
| 2. | Plaintiffs000000033, Buechler Deposition Ex. 2 | | | | |
| 3. | ECF No. 86-2, Rumble_Buechler000002147, Buechler Deposition Ex. 15, (native Buechler user profile) | | | | |
| 4. | ECF No. 86-6, Buechler Deposition Ex. 14 (Rumble activation email code change file) | | | | |
| 5. | Any exhibits listed, designated, or offered by any other party | | | | |
| 6. | Any exhibits necessary for impeachment and/or rebuttal | | | | |
| 7. | Any summary exhibit relating to any other exhibit(s) | | | | |

Buechler reserves the right to modify, add, or withdraw from this Witness and Exhibit List at any time prior to the Hearing. Buechler reserves the right to use additional exhibits, not listed, for impeachment or to refresh recollection, and to use and/or introduce any exhibit identified by another party on its exhibit list. By listing documents on the above exhibit list, Buechler does not concede the relevance, foundation, and/or admissibility of all such documents. Designation of any exhibit above does not waive any objections Buechler may have to any exhibit listed on another party's exhibit list. Buechler reserves the right to ask the Court to take judicial notice of pleadings, orders, transcripts, and/or other documents filed in or in connection with the above-captioned case.

Respectfully Submitted,

SISCO-LAW

/s/ Dale R. Sisco
Dale R. Sisco
dsisco@sisco-law.com
Florida Bar No. 559679
Peter A. Luccarelli, III
pluccarelli@sisco-law.com
Florida Bar No. 1030952
Cynthia C. Sonnemann
csonnemann@sisco-law.com
Florida Bar No. 605581
777 S. Harbour Island Blvd.
Suite 320
Tampa, FL  33602
(813) 224-0555
(813) 221-9736 Facsimile
*Counsel for James Buechler*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2024, a true and correct copy of the foregoing has been furnished via mail or filed electronically via CM/ECF to all counsel of record and to the following parties:

Jennifer B. Compton
Shumaker, Loop & Kendrick, LLP
240 S. Pineapple Avenue
P.O. Box 49948
Sarasota, FL 49948
jcompton@shumaker.com

Gregory J. Dubinsky
Holwell Shuster & Gold
425 Lexington Avenue
New York, NY 10017
gdubinsky@hsgllp.com

                                                /s/ Dale R. Sisco
                                                Attorney