UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO.   8:22-cv-2237-SDM-AAS            DATE   April 29, 2024

TITLE      Buechler et al v. Rumble, Inc.

TIME            10:00 – 10:38              TOTAL   38 min.

Honorable   AMANDA ARNOLD SANSONE       Deputy Clerk   Sarah Toombs

Court Reporter/Tape   Bill Jones          Courtroom    10B (Zoom)

| Attorney for Plaintiff | Attorney for Defendant: | Defendant(s): |
|---|---|---|
| Dale Sisco, Esq. | Gregory Dubinsky, Esq. | |
| Cynthia Sonnemann | Jonathan La Chapelle | |

**PROCEEDINGS:**

**MOTION FOR SANCTIONS HEARING**

This case is before the court in regard to the MOTION for Sanctions against Plaintiff James Buechler by Rumble, Inc. (doc #85).   Response at doc # 95.

Case called 10:00 am.

Closing arguments made by Mr. Dubinsky 10:00 am.

Closing arguments by Mr. Sisco 10:23 am.

Written Order to be entered.

Court adjourned at 10:38 am.